**Jeffrey Maurice YOUNG–BEY,
Plaintiff–Appellant,**

v.

**David R. BLUMBERG, Chairman;
Ruth Ogle, Project Manager,
Defendants–Appellees.**

No. 11–7600.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 30, 2013.

Decided: June 4, 2013.

Jeffrey Maurice Young–Bey, Appellant Pro Se. Susan Howe Baron, Office of the Attorney General of Maryland, Pikesville, Maryland, for Appellees.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Maurice Young–Bey appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young–Bey v. Blumberg,* No. 1:10–cv–02448–JFM (D. Md. Aug. 25 & Oct. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*